UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                CASE NO. 8:07-cr-272-T-30MSS

BRIAN EUGENE TAYLOR,

    Defendant.

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion (Dkt. #29) of the United States of America for a Preliminary Order of Forfeiture, **which, at sentencing, shall be a Final Order of Forfeiture as to defendant Brian Taylor's interest in property subject to forfeiture**.

The Court, being fully advised in the premises, hereby finds that the government has established the requisite *nexus* between the firearm and the violations of 18 U.S.C. §§§ 922(g)(1), 924(e), and 922(j) for which the defendant pled guilty, and therefore, subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1). Accordingly, it is hereby

ORDERED, ADJUDGED and DECREED that for good cause shown, the motion (Dkt. #29) of the United States is GRANTED.

IT IS FURTHER ORDERED that all right, title, and interest of defendant Brian Taylor in one .38 caliber Smith & Wesson, serial number BNB80009 is forfeited to the United States pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2).

The Court shall retain jurisdiction to enter any orders necessary for the forfeiture and disposition of the firearm and to entertain any third party claims that may be asserted in those proceedings.

**DONE** and **ORDERED** in Tampa, Florida on December 4, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cr-272.prelim forf 29.wpd