UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                          CASE NO.  8:07-cr-272-T-30MSS

BRIAN EUGENE TAYLOR,

    Defendant.

## **FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion (Doc. 37) by the United States for a Final Judgment of Forfeiture for one .38 Caliber Smith & Wesson, serial number BNB80009.

    1.    On December 4, 2007, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture (Doc. 30), forfeiting to the United States of America all right, title, and interest of defendant Brian Eugene Taylor in the weapon listed above.

    2.    In accordance with the provisions of 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States published notice of the forfeiture, and of its intent to dispose of the weapon, on the official government website, www.forfeiture.gov, from September 26, 2008 to October 25, 2008.  (Doc. 35).  The publication gave notice to all third parties with a legal interest in the weapon to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida

Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 30 days of the final date of publication.

3. No persons or entities, other than the defendant Brian Eugene Taylor, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the weapon. To date, no third party, has filed a Petition to Adjudicate Interest in the weapon to date, and the time for filing such Petition has expired.

4. The Court finds that the weapon is the property of defendant Brian Eugene Taylor.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 37) is GRANTED. It is FURTHER ORDERED that all right, title and interest in the one .38 Caliber Smith & Wesson, serial number BNB80009 is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2) and 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), for disposition according to law. Clear title to the weapon is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on December 1, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Anita M. Cream, AUSA
Attorneys of Record

S:\Even\2007\07-cr-272.FJ Forfeiture.wpd